TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00530-CR







Wardell Moore, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT


NO. 2005R-027, HONORABLE DAN R. BECK, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Calvin Garvie, is ordered to tender a brief in this cause no later than March 5, 2007.

It is ordered February 21, 2007. 


Before Justices Patterson, Pemberton and Waldrop

Do Not Publish